IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Christopher T. Wilder, | C/A No. 0:19-1533-JFA |
| Plaintiff, | |
| v. | ORDER |
| Medical Department Staff; Doctor Burns; Doctor Ms. Pamela Derrick; AW Warden Wilkins Smith; Major Morris; AW Fredrick; Ms. Stacey Drawdy; McKendley Newton, | |
| Defendants. | |

Plaintiff, Christopher T. Wilder, a self-represented state prisoner, filed this civil rights action. By order issued July 24, 2019, Plaintiff was provided a second opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process.[1] (ECF No. 13.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

September 12, 2019
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

---

[1] Plaintiff attempted to comply with the court's first order, (ECF No. 5), but failed to comply with the court's instructions.